UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

JUN 0 6 2022

BY _____
DEPUTY CLERK

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | | |
| | ) | NO. | 3:22-cr-00175 |
| v. | ) | | |
| | ) | | 18 U.S.C. § 924(c)(1) |
| | ) | | 21 U.S.C. § 841(a)(1) |
| | ) | | 21 U.S.C. § 846 |
| [1] STEPHEN SHAWN FLOYD, II | ) | | |
| [2] ARIEL SALVADOR LOPEZ | ) | | |
| [3] YORCH CANALES RAUDALES | ) | | |
| [4] ALBERTO ZERMENO | ) | | |

# SUPERSEDING INDICTMENT

## COUNT ONE

THE GRAND JURY CHARGES:

Beginning not later than January 2021, the exact date being unknown to the Grand Jury, through on or about February 25, 2022, in the Middle District of Tennessee and elsewhere, **[1] STEPHEN SHAWN FLOYD, II, [2] ARIEL SALVADOR LOPEZ, [3] YORCH CANALES RAUDALES, and [4] ALBERTO ZERMENO** did combine, conspire, confederate, and agree with one another and with others known and unknown to the Grand Jury, to knowingly and intentionally distribute and possess with the intent to distribute 50 grams or more of methamphetamine and 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N- [1- ( 2-phenylethyl ) -4-piperidinyl] propenamide, commonly known as fentanyl, both of which are Schedule I controlled substances, in violation of 21 U.S.C. § 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

COUNT TWO

THE GRAND JURY FURTHER CHARGES:

On or about January 14, 2021, in the Middle District of Tennessee, **[2] ARIEL SALVADOR LOPEZ** did knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

COUNT THREE

THE GRAND JURY FURTHER CHARGES:

On or about February 4, 2021, in the Middle District of Tennessee, **[1] STEPHEN SHAWN FLOYD, II** did knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

COUNT FOUR

THE GRAND JURY FURTHER CHARGES:

On or about February 14, 2021, in the Middle District of Tennessee, **[1] STEPHEN SHAWN FLOYD, II** did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

COUNT FIVE

THE GRAND JURY FURTHER CHARGES:

On or about February 14, 2021, in the Middle District of Tennessee, **[1] STEPHEN SHAWN FLOYD, II** did knowingly possess a firearm in furtherance of a drug trafficking crime

for which he may be prosecuted in a court of the United States, that is, possession with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 18, United States Code, Section 924(c)(1)(A).

COUNT SIX

THE GRAND JURY FURTHER CHARGES:

On or about May 4, 2021, in the Middle District of Tennessee, **[3] YORCH CANALES RAUDALES** did knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine, and 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N- [1- ( 2-phenylethyl ) -4-piperidinyl] propenamide, commonly known as fentanyl, both of which are a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

COUNT SEVEN

THE GRAND JURY FURTHER CHARGES:

On or about May 13, 2021, in the Middle District of Tennessee, **[3] YORCH CANALES RAUDALES** did knowingly and intentionally distribute and possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N- [1- ( 2-phenylethyl ) -4-piperidinyl] propenamide, commonly known as fentanyl, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHT

THE GRAND JURY FURTHER CHARGES:

On or about September 14, 2021, in the Middle District of Tennessee, **[2] ARIEL SALVADOR LOPEZ** did knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT NINE

THE GRAND JURY FURTHER CHARGES:

On or about October 27, 2021, in the Middle District of Tennessee, **[4] ALBERTO ZERMENO** did knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TEN

THE GRAND JURY FURTHER CHARGES:

On or about October 28, 2021, in the Middle District of Tennessee, **[1] STEPHEN SHAWN FLOYD, II** and **[2] ARIEL SALVADOR LOPEZ** and did knowingly and intentionally distribute and possess with intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N- [1- ( 2-phenylethyl ) -4-piperidinyl] propenamide, commonly known as fentanyl, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

4

## COUNT ELEVEN

THE GRAND JURY FURTHER CHARGES:

On or about February 24, 2022, in the Middle District of Tennessee, **[3] YORCH CANALES RAUDALES** did knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of methamphetamine, a Schedule I controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION

1.     The allegations contained in this Indictment are re-alleged and incorporated by reference as if fully set forth in support of this forfeiture.

2.     Upon conviction of Counts One, Two, Three, Four, Six, Seven, Eight, and Nine (drug trafficking) as such count of conviction relates to the specific Defendant named in that Count, **[1] STEPHEN SHAWN FLOYD, II, [2] ARIEL SALVADOR LOPEZ, [3] YORCH CANALES RAUDALES, and [4] ALBERTO ZERMENO** shall forfeit to the United States of America, pursuant to Title 21, United States Code, Section 853:

> (A)    any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation;

> (B)    any of the person's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation including the below listed firearms and ammunition.

5

3. The property to be forfeited upon conviction of Counts One Two, Three, Four, Six, Seven, Eight, and Nine (drug trafficking), as such count of conviction relates to the specific Defendant named in that Count, includes a money judgement in an amount to be determined, representing the amount of proceeds **[1] STEPHEN SHAWN FLOYD, II, [2] ARIEL SALVADOR LOPEZ, [3] YORCH CANALES RAUDALES, and [4] ALBERTO ZERMENO** obtained, directly or indirectly as a result of such offense and the value of the property used, or intended to be used, in any manner or part, to commit or facilitate such an offense.

4. If any of the property described above, as a result of any act or omission of **[1] STEPHEN SHAWN FLOYD, II, [2] ARIEL SALVADOR LOPEZ, [3] YORCH CANALES RAUDALES, and [4] ALBERTO ZERMENO**

      (a)    cannot be located upon the exercise of due diligence;

      (b)    has been transferred or sold to, or deposited with, a third party;

      (c)    has been placed beyond the jurisdiction of the court;

      (d)    has been substantially diminished in value; or

      (e)    has been commingled with other property which cannot be divided without difficulty;

The United States shall be entitled to forfeiture of substitute property and it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of **[1] STEPHEN SHAWN FLOYD, II, [2] ARIEL SALVADOR LOPEZ, [3] YORCH CANALES RAUDALES, and [4] ALBERTO ZERMENO** up to the value of said property listed above as subject to forfeiture.

5. Upon conviction of Count Five (possession of a firearm in furtherance of a drug trafficking crime), **STEPHEN SHAWN FLOYD, II** shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c):

6

(A)     any firearm or ammunition involved in or used in a knowing violation of the offense, or intended to be used in the offense, and

(B)     any firearm or ammunition intended to be used in the offense, where such intent is demonstrated by clear or convincing evidence.

A TRUE BILL

FOREPERSON

MARK H. WILDASIN
UNITED STATES ATTORNEY

ROBERT E. MCGUIRE
ASSISTANT UNITED STATES ATTORNEY

**FILED UNDER SEAL**