**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No.  3:22-cr-00175 |
| | ) | Judge Trauger |
| [1]  STEPHEN SHAWN FLOYD II | ) | |
| [2]  ARIEL SALVADOR LOPEZ | ) | |
| [3]  YORCH CANALES RAUDALES | ) | |
| [4]   ALBERTO ZERMENO | ) | |

## ORDER

It is hereby ORDERED that a status conference with counsel for the parties only will be held on Monday, August 21, 2023 at 4:30 p.m.

It is so **ORDERED**.

_____
ALETA A. TRAUGER
U.S. District Judge